**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-50098**
**Summary Calendar**
_____

**HELEN MYERS,**

**Plaintiff - Appellant,**

**versus**

**KING'S DAUGHTERS CLINIC,**

**Defendant - Appellee.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**( W-94-CV-260 )**
_____

August 29, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Helen Myers appeals the adverse judgment, following a bench trial, on her claim that King's Daughters Clinic failed to give notice of continuation and conversion rights under COBRA, 29 U.S.C. § 1166, upon termination of her employment.

Myers bases error on the district court's ruling that the Clinic had satisfied the statute's notice requirements and on the

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

court's application of Texas's two-year statute of limitations. For essentially those reasons articulated in the district court's Findings of Fact and Conclusions of Law, we conclude that the notice requirements were met.  Therefore, we need not reach the limitations issue.

Accordingly, the judgment is

*AFFIRMED.*